# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR109 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **RICHIE SCOTT ALLEN** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED,** and the indictment herein is hereby **DISMISSED**.

The Clerk is directed to transmit copies of this Order electronically to the U. S. Marshal, U.S. Probation Office and the United States Attorney's Office.

Signed: February 25, 2008

Lacy H. Thornburg
United States District Judge